**GARCIA HERNÁNDEZ SAWHNEY, LLP**
Geoffrey T. Tong (SBN 140312)
gtong@ghslaw.com
Emily Cheung (SBN 339322)
echeung@ghslaw.com
330 N. Brand Blvd., Suite 680
Glendale, California 91203
Telephone: (213) 347-0210
Facsimile: (213) 347-0216

*Attorneys for Plaintiff-in-Interpleader*
STATE FARM LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br>v.<br><br>GIANGELO LEOS, an individual; GIANNI LEOS, an individual; AMORE LEOS, an individual; ISABELLA LEOS, an individual; A.L., a minor; JULIETA REYES, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 22-978-GW-JCx<br><br>**JUDGMENT** |

After considering the Joint Stipulation for Entry of Judgment submitted by Plaintiff in Interpleader State Farm Life Insurance Company ("State Farm") by and through its undersigned counsel, Defendants GIANGELO LEOS, GIANNI LEOS, ISABELLA LEOS, AMORE LEOS, Defendant AMANNI LEOS sued herein as "A.L., a Minor" by and through her guardian ad litem Dora Carranza ("Minor A.L."), and JULIETA REYES, by and through her undersigned counsel, and good cause appearing,

///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Complaint for Interpleader was properly filed and that it was a proper cause for interpleader;

2. That State Farm pay the Death Benefit and any interest thereon pursuant to Defendants' agreement as follows:

    a. One-half to Defendant Julieta Reyes; and

    b. One-half to Defendants Giangelo Leos, Gianni Leos, Amore Leos, Isabella Leos, and Minor A.L. by and through her guardian ad litem Dora Carranza in equal shares.

3. The portion of the Policy's Death Benefit and any interest payable on the Death Benefit payable to Minor A.L. by and through her mother and guardian ad litem Dora Carranza per this stipulation and this Court's order and judgment shall be paid by State Farm for deposit by Carranza into the account at Fidelity under the California Uniform Transactions Minor Act, account no. XXXXX8293, opened on behalf of A.L., a Minor.

4. After payment of the Policy's Death Benefit and any payable interest on the Death Benefit pursuant to this Court's order and judgment, State Farm is released, discharged and forever acquitted of and from any and all liability of any kind of nature whatsoever to any of the parties hereto on account of the Policy or the proceeds due and owing thereunder;

5. State Farm be awarded its costs of suit incurred herein, including its reasonable attorneys' fees to be paid from the Policy's Death Benefit and any payable interest on the Death Benefit in the amount of Five Thousand Five Hundred Dollars ($5,500.00);

6. Defendants to each bear their and own attorneys' fees and costs, if any; and

///

///

2

[PROPOSED] JUDGMENT

7. This action is dismissed with prejudice, with the Court retaining jurisdiction to enforce its order and judgment.

Dated: June 23, 2022  By: *George H. Wu*

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE